IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JESSIE SEBASTIAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-221(MTT) ) |
| MIKE MAYNARD, *et. al*, | ) ) |
| Defendants. | ) ) |

## ORDER

This case is before the Court on the Recommendation to Dismiss (Doc. 7) (the "Recommendation") of United States Magistrate Judge Claude W. Hicks, Jr. The Magistrate Judge, having reviewed Plaintiff's complaint (Doc. 1) pursuant to the Prisoner Litigation Reform Act, 28 U.S.C. § 1915A(a) & (b), recommends dismissing the claim against Defendant Lamar County Detention Center because it is not a legal entity that is subject to suit under 42 U.S.C. § 1983. The Plaintiff did not file an objection to the Recommendation. The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The claim against Defendant Lamar County Detention Center is **DISMISSED**. The claims against the remaining Defendants shall remain pending.

**SO ORDERED**, this the 21st day of August, 2010.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

ajj