IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JESSIE SEBASTIAN, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-221 (MTT) |
| MIKE MAYNARD, *et. al*, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Recommendation to Dismiss of United States Magistrate Judge Charles H. Weigle.  (Doc. 35).  The Magistrate Judge, having reviewed the Defendants' Motions to Dismiss (Docs. 17, 19), recommends dismissing Defendant Mike Maynard because there was probable cause for the Plaintiff's warrantless arrest, and, following the arrest, Maynard promptly appeared before a magistrate judge for a probable cause determination.  Also, the Magistrate Judge held that a violation of O.C.G.A. § 17-4-26, which requires the arresting officer to bring a person before a judicial officer within 72 hours, did not amount to a 42 U.S.C. § 1983 constitutional violation.  The Magistrate Judge recommends dismissing Defendants Joe Buice and Larry Waller because they did not have the authority to set bond or schedule a hearing for bond.  The Plaintiff filed an objection to the Recommendation.  (Doc. 37).  Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered the Objection and has made a de novo determination of the portions of the Recommendation to which the Plaintiff objects.

The Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.  The Motions to Dismiss are **GRANTED**.

**SO ORDERED**, this the 27th day of October, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
